No. 01–38. CALIFORNIA, ACTING BY AND THROUGH THE CALIFORNIA STATE WATER RESOURCES CONTROL BOARD *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–368. SADERUP ET AL. *v.* COMEDY III PRODUCTIONS, INC. Sup. Ct. Cal. Certiorari denied.

No. 01–377. WILSON *v.* ATLAS WIRELINE SERVICES ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–432. CONSOLIDATED FREIGHTWAYS INC. ET AL. *v.* CRAMER ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–435. CARPENTER *v.* ISRAEL ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–437. DILLON ET AL. *v.* POWELL, SECRETARY OF STATE, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 01–441. MARTIN ET AL. *v.* MEDTRONIC, INC. C. A. 5th Cir. Certiorari denied.

No. 01–445. WYANDOTTE NATION, FKA WYANDOTTE TRIBE OF OKLAHOMA *v.* SAC AND FOX NATION OF MISSOURI ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–449. AUSTIN *v.* AMERICAN ASSOCIATION OF NEUROLOGICAL SURGEONS. C. A. 7th Cir. Certiorari denied.

No. 01–493. SEXTON *v.* CHINO VALLEY INDEPENDENT FIRE DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–508. FELT *v.* OFFICE OF THRIFT SUPERVISION. C. A. 5th Cir. Certiorari denied.

No. 01–510. UNITED STATES EX REL. GARIBALDI ET AL. *v.* ORLEANS PARISH SCHOOL BOARD. C. A. 5th Cir. Certiorari denied.

No. 01–526. COSTO ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.